# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

    **v.**                    **CASE NO.** 2:23-cr-20053-HLT/ADM
                                **FILED UNDER SEAL**

**JEREMIAH BOEHR,**

                **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### POSSESSION OF CHILD PORNOGRAPHY
### [18 U.S.C. § 2252(a)(4)(B)]

On or about June 26, 2020, in the District of Kansas, the defendant,

**JEREMIAH BOEHR,**

did knowingly and intentionally possess one or more materials which contained

visual depictions of minors, the production of which involved the use of minors,

some of which were under twelve years of age, engaging in sexually explicit

conduct, and the visual depictions were of such conduct, that had been mailed,

shipped, and transported by any means, including computer, in interstate and foreign commerce.

In violation of Title 18, United States Code Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

The allegation contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offense identified in Count 1, the defendant,

## JEREMIAH BOEHR,

shall forfeit to the United States of America, pursuant to 18 U.S.C. Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to:

Apple desktop computer, Serial Number D25Q70EEF8J8

All pursuant to 18 U.S.C. Section 2253(a).

A TRUE BILL.

August 23, 2023                          s/Foreperson
DATE                              FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

2

By: /s/ *Kim I. Flannigan*
KIM I. FLANNIGAN
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas   66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email:Kim.Flannigan@usdoj.gov
Ks. S. Ct. No. 13407

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES:

**Count 1**          **18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography**

- Punishable by a term of imprisonment of not more than 20 years incarceration. §§ 2252(b)(2)
- A $250,000.00 Fine. 18 U.S.C. § 3571(b)(3)
- A term of supervised release of at least 5 years and no more than life. 18 U.S.C. § 3583(k)
- $ A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- A $5000 JVTA Assessment. 18 USC § 3014
- Forfeiture

If the defendant has a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or a ward:

- Punishable by a term of imprisonment of not more than 10 years and NMT 20 years.   §§ 2252(b)(2)
- A $250,000.00 Fine. 18 U.S.C. § 3571(b)(3)
- A term of supervised release of at least 5 years and no more than life. A term of supervised release of at least 5 years and no more than life. 18 U.S.C. § 3583(k)
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- A $5000 JVTA Assessment. 18 USC § 3014
- Forfeiture