Filed in Open Court
7/22/2025
Skyler B. O'Hara
By _Vh. Deata_
Deputy

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

### for the

### District of Kansas

United States of America )
)
v. )   Case No.   23-cr-20053-HLT
)
Jeremiah Boehr )
_Defendant_ )

### WAIVER OF AN INDICTMENT

     I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

     After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _7/22/25_

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

_Tim Burdick_
_Printed name of defendant's attorney_

_____
_Judge's signature_

Holly L. Teeter, US District Judge
_Judge's printed name and title_